### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN PECK and EVAN P. SOUTHERN, individually and on behalf of all others similarly-situated, <br><br> Plaintiffs, <br><br> v. <br><br> FRONTIER ENVIRONMENTAL, INC., f/k/a FRONTIER CONSTRUCTION COMPANY, INC., d/b/a FRONTIER ENVIRONMENTAL SERVICES, <br><br> Defendants. | Civil Action No. 2:23-cv-1014-WSS |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT AND FOR CERTIFICATION OF SETTLEMENT CLASS**

The plaintiffs, Justin Peck and Evan P. Southern, individually and on behalf of all others similarly-situated, and the defendants, Frontier Environmental, Inc. f/k/a Frontier Construction Company, Inc. d/b/a Frontier Environmental Services, have agreed to settle all claims. The parties jointly move for preliminary approval of their settlement agreement, and to certify a class for that purpose. As outlined in the attached brief, the settlement is a reasonable compromise that will adequately compensate the class members for their claims, and will eliminate the need for the parties to engage in protracted and expensive litigation.

The parties are attaching a proposed order as Exhibit 1; a proposed notice as Exhibit 2; and an unsigned settlement agreement as Exhibit 3. The parties will supplement with a signed settlement agreement once it is signed.

Respectfully submitted,

| | |
|---|---|
| MCELROY LAW FIRM, LLC | HOUSTON HARBAUGH, P.C. |
| */s/ Rachel L. McElroy* | */s/ Brian D. Lipkin* |
| Rachel L. McElroy | Craig M. Brooks |
| PA ID No.: 321624 | PA ID No.: 33513 |
| 960 Penn Avenue | Brian D. Lipkin |
| Suite 1001 | PA ID No.: 321793 |
| Pittsburgh, PA 15222 | 401 Liberty Avenue, 22nd Floor |
| (412) 620-8735 | Pittsburgh, PA 15222 |
| rachel@mcelroylawfirm.com | (412) 288-2256 |
| | cbrooks@hh-law.com.com |
| ELZER LAW FIRM, LLC | blipkin@hh-law.com |
| */s/ Christine T. Elzer* | |
| Christine T. Elzer | *Counsel for Defendants* |
| PA ID No.: 208157 | FRONTIER ENVIRONMENTAL, INC., |
| 960 Penn Avenue | f/k/a FRONTIER CONSTRUCTION |
| Suite 1001 | COMPANY, INC., d/b/a |
| Pittsburgh, PA 15222 | FRONTIER ENVIRONMENTAL |
| (412) 230-8436 | SERVICES |
| (412) 206-0855 (fax) | |
| celzer@elzerlaw.com | |

*Counsel for Plaintiffs
and the proposed class/collective*

Dated:  April 12, 2024