IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN PECK and EVAN P. SOUTHERN, individually and on behalf of all others similarly-situated,<br><br>    Plaintiffs,<br><br> v.<br><br>FRONTIER ENVIRONMENTAL, INC., f/k/a FRONTIER CONSTRUCTION COMPANY, INC., d/b/a FRONTIER ENVIRONMENTAL SERVICES,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:23-cv-1014-WSS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

  Plaintiffs, Justin Peck and Evan P. Southern, individually and on behalf of all others similarly-situated, and Defendants, Frontier Environmental, Inc. f/k/a Frontier Construction Company, Inc. d/b/a Frontier Environmental Services, jointly move for final approval of the class action settlement that this Court preliminarily approved on April 15, 2024. As outlined in the attached brief, the settlement is a reasonable compromise that will adequately compensate the class members for their claims, and will eliminate the need for the parties to engage in protracted and expensive litigation. Following receipt of the Court-approved Notice, no Class Members have objected to, or opted out of, the Settlement.

  A copy of the fully-executed Settlement Agreement is attached hereto as Exhibit A. A declaration regarding the mailing of notices is attached as Exhibit B, which attaches as Exhibit 1 a list of the 150 Class Members sought to be bound by the Settlement Agreement.

  WHEREFORE, the Parties respectfully request that the Court grant final approval of the Settlement as set forth in the attached Proposed Order.

Respectfully submitted,

| | |
|---|---|
| MCELROY LAW FIRM, LLC | HOUSTON HARBAUGH, P.C. |
| */s/ Rachel L. McElroy* | */s/ Brian D. Lipkin* |
| Rachel L. McElroy | Craig M. Brooks |
| PA ID No.: 321624 | PA ID No.: 33513 |
| 960 Penn Avenue | Brian D. Lipkin |
| Suite 1001 | PA ID No.: 321793 |
| Pittsburgh, PA 15222 | 401 Liberty Avenue, 22nd Floor |
| (412) 620-8735 | Pittsburgh, PA 15222 |
| rachel@mcelroylawfirm.com | (412) 288-2256 |
| | cbrooks@hh-law.com.com |
| ELZER LAW FIRM, LLC | blipkin@hh-law.com |
| */s/ Christine T. Elzer* | |
| Christine T. Elzer | *Counsel for Defendants* |
| PA ID No.: 208157 | FRONTIER ENVIRONMENTAL, INC., |
| 960 Penn Avenue | f/k/a FRONTIER CONSTRUCTION |
| Suite 1001 | COMPANY, INC., d/b/a |
| Pittsburgh, PA 15222 | FRONTIER ENVIRONMENTAL |
| (412) 230-8436 | SERVICES |
| (412) 206-0855 (fax) | |
| celzer@elzerlaw.com | |

*Counsel for Plaintiffs
and the proposed class/collective*

Dated:  August 16, 2024