IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN PECK and EVAN P. SOUTHERN, individually and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>FRONTIER ENVIRONMENTAL, INC., f/k/a FRONTIER CONSTRUCTION COMPANY, INC., d/b/a FRONTIER ENVIRONMENTAL SERVICES,<br><br>Defendants. | Civil Action No. 2:23-cv-1014-WSS |

## **ORDER OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

AND NOW, this 16 day of September, 2024, upon consideration of the foregoing, the Parties' Joint Motion for Final Approval of Class Action Settlement and Plaintiffs' Unopposed Petition for Attorneys' Fees and Costs are GRANTED.

The Court finds that the Settlement Agreement attached to the Parties' Joint Motion as Exhibit 1 is a fair, reasonable, and adequate compromise under Fed. R. Civ. P. 23(e)(2), and that it represents a fair resolution of a bona fide dispute under the Fair Labor Standards Act. As such, the Settlement is FINALLY APPROVED.

The Court further finds that the Notice sent to Class Members was reasonable and satisfied due process as to the 150 Class Members identified in Exhibit 2 to the Parties' Joint Motion.

The Court hereby APPROVES the requested Service Awards of $1,500 each to Class Representatives Justin Peck and Evan Southern.

The Court finds that Plaintiffs' request for attorneys' fees and costs in the amount of $20,500 is fair and reasonable, and APPROVES that request.

2

The Parties are hereby directed to comply with the terms of the Class Action Settlement Agreement and Release, which is incorporated herein by reference as part of this Order.

This Action is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction for purposes of enforcing the Settlement.

BY THE COURT:

_____
William S. Stickman IV
United States District Judge

Dated: 9/16/24

2